COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-224-CV

ZURICH AMERICAN INSURANCE COMPANY 
APPELLANT

V.

TRANSPORT INTERNATIONAL POOL, INC. APPELLEE

D/B/A GE CAPITAL MODULAR SPACE 

 
 

----------

FROM THE 236
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Agreed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

 DELIVERED:  October 19, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.